IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BORISH JENKINS, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-098
)
MICHAEL COX and LBAM )
HOSPITALITY, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 7.) Although Plaintiff did not file objections, he did file a second Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Doc. 8.) In his second motion, Plaintiff claims to earn $3,860.00 per month—even more than he claimed in his first application for leave to proceed IFP. (Id. at 2.) After careful review of Plaintiff's motions, the report and recommendation (Doc. 7) is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's motions for leave to proceed IFP (Docs. 6, 8) are **DENIED**. Plaintiff has **twenty-one (21) days** from the date of this Order to pay the $400.00 filing fee.

SO ORDERED this 16th day of June 2020.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA